# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
BILLY JOE MCPHERSON  
401 MOSS SPRING HOLLOW RD  
CENTERVILLE, TN  37033

Case No.16-06848-MH1-13

04/05/2019

SSN XXX-XX-9986

---

**RESPONSE AND OBJECTION TO PROPOSED SUSPENSION OF PLAN PAYMENTS DUE TO INTERRUPTION OF PAYMENTS ON CLAIM TREATED UNDER 1322 (b)(5)**

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS 04/18/2019.  IF A RESPONSE IS TIMELY FILED THE HEARING DATE WILL BE 4/26/2019 AT 9:00 AM  U.S. POST OFFICE BUILDING ,COLUMBIA, TN , 38401.**

HENRY E HILDEBRAND III , Standing Trustee for Chapter 13 matters, pursuant to Local Rule 9013-1(a) objects to the Motion to Suspend Plan Payments filed in the above styled case and requests a hearing thereon . In support of this objection, the trustee would state that the debtor has filed a notice of proposed suspension of plan payments pursuant to Local Rules 9013-1 (a) and 3015-2 (b).  The suspension proposed by the debtor impairs the ability of the Trustee to make ongoing alimony or support payments as mandated by the plan .

Respectfully Submitted,

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
PHONE: 615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com

---

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on BILLY JOE MCPHERSON , 401 Moss Spring Hollow Rd, Centerville, TN  37033 and LONG BURNETT AND JOHNSON PLLC,302 42Nd Ave No, Nashville, TN  37209;  
and to Ms Beth R Derrick, Assistant US Trustee, 313 Customs House, 701 Broadway, Nashville Tn, 37203, on this  5th day of April, 2019.

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
PHONE: 615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com